IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD THOMAS,**<br><br>Petitioner,<br><br>v.<br><br>**WARDEN SUSAN HUBBARD,**<br><br>Respondent. | Case No. C 12-1019 LHK (PR)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's answer be extended 60 days to and including May 11, 2013. Petitioner's traverse, if any, shall be filed and served within 30 days of service of respondent's response.

Dated: 3/14/13

*Lucy H. Koh*
The Honorable Lucy H. Koh

[~~Proposed~~] Order (C 12-1019 LHK (PR))