IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD THOMAS,** | Case No. C 12-1019 LHK (PR) |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **WARDEN SUSAN HUBBARD,** | |
| Respondent. | |

Good cause appearing, respondent may have until September 3, 2014, to file a response to the Order to Show Cause. Petitioner may have until October 3, 2014, to file a traverse.

Dated: 8/14/14

*Lucy H. Koh*
The Honorable Lucy H. Koh

1

[~~Proposed~~] Order (C 12-1019 LHK (PR))